**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2239**

MOSES OGANGO,

        Plaintiff - Appellant,

     v.

VERIZON BUSINESS NETWORK SERVICES, LLC,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Michael Stefan Nachmanoff, District Judge. (1:22-cv-00752-MSN-WEF)

Submitted: June 15, 2023                         Decided: June 20, 2023

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Moses Ogango, Appellant Pro Se. Betty S.W. Graumlich, Noah Steven Oberlander, REED SMITH, LLP, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moses Ogango appeals the district court's order granting Defendant's motion to dismiss as time barred Ogango's complaint alleging claims of retaliation and national origin discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  *Ogango v. Verizon Bus. Network Servs., LLC*, No. 1:22-cv-00752-MSN-WEF (E.D. Va. Nov. 17, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
